RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _1/12/2010_
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| BRIAN K. STANLEY | CIVIL ACTION NO. 09-0863 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| OUACHITA CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 25], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 26];

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA**, this 12 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE